**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

**In re:**

**1719 Corcoran Limited Liability Company,**

**Debtor.**

**Case No. 24-00034-ELG**

**Chapter 11**

### U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE

Gerard R. Vetter, Acting United States Trustee for Region 4, by counsel, moves this Court to convert this chapter 11 case to chapter 7 or in the alternative, to dismiss this case, whichever is in the best interests of the creditors and the estate.

In support of this motion the following representations are made:

1.      The Court has authority to hear and decide this matter. 28 U.S.C. § 1334.

2.      This is a core matter.  28 U.S.C. § 157(b)(2)(A).

3.      On February 6, 2024, the Debtor filed a petition for relief under chapter 11 of the Bankruptcy Code. Doc. No. 1.

4.      The Bankruptcy Code at 11 U.S.C. § 1112(b)(1) provides that when a movant establishes cause, the Court shall either convert to chapter 7 or dismiss a case filed under this chapter based on whichever is in the best interests of creditors and the estate.

5.      The Debtor has failed to respond to requests from the U.S. Trustee and provide certain reasonably requested documents to the U.S. Trustee, including but not limited to: (i) copies of bank statements for the account where the debtor deposited its prepaid rent and security deposits

Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

1

and how it was accounted for; (ii) federal tax returns for 2021, 2022 and 2023; (iii) copies of post-petition tax filings; and (iv) information on where debtor is and has previously been depositing rental income. The U.S. Trustee has sent numerous inquiries to the Debtor, through counsel, which have gone unanswered.

## **Argument**

The Court, for cause, after notice and hearing, may dismiss or convert a case to a case under chapter 7, whichever is in the best interests of the creditors and the estate.  11 U.S.C. § 1112(b)(1).

Under 11 U.S.C. § 1112(b)(4)(H) cause exists for "failure timely to provide information or attend meetings reasonably requested by the United States Trustee."  As of the date and time of filing this Motion, the U.S. Trustee has still not received a complete response to his request and has not received, among other things, (i) copies of bank statements for the account where the debtor deposited its prepaid rent and security deposits and how it was accounted for; (ii) federal tax returns for 2021, 2022 and 2023; (iii) copies of post-petition tax filings; and (iv) information on where debtor is depositing rental income.  Failure to provide such basic information is cause for conversion or dismissal of the case.

As the U.S. Trustee has established a *prima facie* case that "cause" exists to convert or dismiss this case, the burden shifts to the Debtor to demonstrate that "unusual circumstances" exist that establish that converting or dismissing the case is not in the best interests of creditors and the estate to avoid the mandatory conversion or dismissal of their case. *See* 11 U.S.C. § 1112(b)(2). For the exception to apply, the court must find and specifically identify unusual circumstances establishing that converting or dismissing the case is not in the best interests of creditors and the estate. *Id.* The debtor or another party in interest must then: (1) establish that there is a reasonable likelihood that a plan will be confirmed within a reasonable period of time; and (2) that the grounds

for converting or dismissing the case include an act or omission of the debtor other than under paragraph (4)(A)—(i) for which there exists a reasonable justification for the act or omission; and (ii) that it will be cured within a reasonable period of time fixed by the court. *Id.*; *See In re Landmark Atl. Hess Farm, LLC,* 448 B.R. 707 (Bankr. D. Md. 2011). The U.S. Trustee is unaware of any unusual circumstances that would result in a finding that either conversion or dismissal of this case in not in the best interest of creditors and the estate.

WHEREFORE, the United States Trustee respectfully requests that this Court enter an order converting this case to a case under chapter 7 of the Bankruptcy Code or dismiss this case.

May 15, 2024

GERARD R. VETTER
ACTING U.S. TRUSTEE, REGION 4


By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

**Certificate of Service**

I hereby certify that on May 15, 2024, I electronically filed the foregoing Motion to Convert or Dismiss with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Lawrence Allen Katz lkatz@hirschlerlaw.com, llewis@hirschlerlaw.com

Gregory C Mullen bankruptcy@bww-law.com, bankruptcy@albalawgroup.com; Gregory.c.mullen@gmail.com

Diana C. Theologou dtheologou@mtglaw.com, ecfnotifications@mtglaw.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

I further certify that on May 15, 2024, a copy of the foregoing Motion was served by first class mail, postage prepaid to the Debtor's List of Creditors who have the 20 Largest Unsecured Claims, as listed below:

| | |
|---|---|
| US Mortgage Loan Trust<br>Weidner Gurtel 11, 11000<br>Vienna Austria | CTJ Investment Group LLC<br>700 12th Street NW, Suite 700<br>Washington, DC 20005 |
| US Bank National Association as Trustee for Fidelity & Guaranty Life Trust 2018-1<br>300 Delaware Avenue, Ninth Floor<br>Wilmington, DE 19801 | Enje Brown<br>11504 Mary Catherine Court<br>Clinton, MD 20735 |
| Florigio Guida<br>3801 Cleveland Avenue NW<br>Washington, DC 20008 | Wheeland Family LP<br>4068 Williamson Trail<br>Liberty, PA 16930 |

*/s/ Robert W. Ours*
Robert W. Ours
Paralegal Specialist

4