**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | |
| **1719 Corcoran Limited Liability Company,** | **Case No. 24-00034-ELG** |
| **Debtor.** | **(Chapter 11 – Subchapter V)** |

**CHAPTER 11 SUBCHAPTER V TRUSTEE'S
REPORT OF NO DISTRIBUTION**

I, Lawrence A. Katz, having been appointed Trustee of the estate of the above-named Debtor, report that I collected funds totaling $0.00.  The case was dismissed with no plan confirmed and no plan payments made to the Trustee.

The case was filed on February 6, 2024.  A Consent Order Dismissing Case was entered on June 6, 2024 [Docket No. 52].

On June 7, 2024, I filed my First and Final Application for Compensation in a Case Under Subchapter V of Chapter 11 (the "Application") [Docket No. 55] seeking allowance of fees in the amount of $9,375.00 and expenses of $2.90.  The Application is pending before the Court.  If allowed in full, I will be authorized to be paid $7,200.00, such amount representing the remaining balance of funds escrowed for the payment of professionals.

I hereby certify that the estate of the above-named Debtor has been fully administered through the date of dismissal.  I request that I be discharged from any further duties as trustee.  An endorsed order is attached.

Dated: June 7, 2024

*/s/ Lawrence A. Katz*
Lawrence A. Katz, DC Bar No. 252825
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 750
Tysons, VA  22102
Phone: 703-584-8362
lkatz@hirschlerlaw.com

Subchapter V Trustee

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2024, a true and correct copy of the foregoing was served on

all parties receiving CM/ECF notices in this case, as follows:

| | |
|---|---|
| Kristen S. Eustis | Kristen.S.Eustis@usdoj.gov |
| Justin Philip Fasano | jfasano@mhlawyers.com |
| Gregory C. Mullen | bankruptcy@bww-law.com |
| Diana C. Theologou | dtheologou@mtglaw.com |

and by first-class mail, postage prepaid on all parties on the attached Mailing List.


/s/ Lawrence A. Katz
Lawrence A. Katz

**MAILING LIST**

Alan Freeman, Esq.
Blank Rome LLP
1825 Eye Street, NW
Washington, DC  20006-5403

Bizhan Beiramee, Esq.
7508 Wisconsin Avenue
2nd Floor
Bethesda, MD  20814-3561

D.C. Gov't Office of Tax & Revenue
POB 37559
Washington,
DC  20013-7559

Dept. of Treasury
IRS
POB 7346
Philadelphia, PA  19101-7346

Enje Brown
11504 Mary Catherine Court
Clinton, MD  20735-1064

Jennifer Castillo/Justin Thornton
1717 Corcoran St, NW
#1
Washington, DC  20009-2478

New Rez - LLC dba Shellpoint
Mortgage Service
c/o Aldridge Pite, LLP
8880 Rio San Diego Dr., Ste. 725
San Diego, CA  92108-1619

Wheeland Family LP
4068 Williamson Trail
Liberty, PA  16930-9165

Anthony Depatie, Esq.
2121 Park Place
Suite 250
El Se

CTJ Investment Group LLP
700 12th Street, NW
Ste. 700
Washington, DC  20005-4052

D.C. Gov't Office of Tax & Revenue
POB 75520
Washington, DC  20013-7559

Diana Theologou
McMichael Taylor Gray, LLC
7470 Technology Way
Frederick, MD  21703-9461

Erica Borger and Bruce Johnson
1719 Corcoran St, NW
#2
Washington, DC  20009-2479

Justin Thornton
1629 K St, NW
Ste. 300
Washington, DC  20006-16431

ShellPoint Mortgage Services
POB 10826
Greenville, SC  29603-0826

Wheeland Family, LP
c/o Nelson Sproat
1201 N. Market Street Ste. 800
Wilmington, DE  19801-1807

Bansir Capital LLC
1629 K Street NW
Suite 300
Washington, DC  20006-1631

D.C. Water and Sewer Authority
1385 Canal Street SE
Washington, DC  20003-5015

Darby Sharp and Federico Sacasa
1717 Corcoran St, NW
#2
Washington, DC  20009-2478

Dist. Of Columbia
D.C. Treasurer
POB 2014
Washington, DC  20013-2014

Florigio Guida
3801 Cleveland Ave., NW
Washington, DC  20008

Marvin Henry Harden and Enje Chanel
Harden
1739 Berkshire Cir SW
Vero Beach, FL  32968-6718

U.S. Mortgage Loan Trust
Weidner G rtel 11, 11000
Vienna Austria
AIR MAIL