The order below is hereby signed.

Signed: August 12 2024



_Elizabeth L. Gunn_
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

**In re:**

**1719 Corcoran Limited Liability Company,**

**Debtor.**

**Case No. 24-00034-ELG**

**(Chapter 11 – Subchapter V)**

## CONSENT ORDER DISCHARGING SUBCHAPTER V TRUSTEE

This matter having come before the Court on the Report of No Distribution filed by Lawrence A. Katz, the duly appointed Subchapter V Trustee of the estate of the Debtor; and it appearing that the case was dismissed on June 6, 2024, with no plan payments having been made to the Trustee and the Trustee's administration of the estate of the Debtor having been completed, it is hereby

ORDERED, that the subchapter V Trustee be, and he hereby is, discharged from any further duties as trustee.

~ 2 ~

I ASK FOR THIS:

*/s/ Lawrence A. Katz*
Lawrence A. Katz, VA Bar No. 47664
Hirschler Fleischer, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  703-584-8362
Facsimile:  703-584-8901
Email:  lkatz@hirschlerlaw.com

*Subchapter V Trustee*


SEEN AND NOT OBJECTED TO:

*/s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of The United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov

*Counsel for Gerard R. Vetter, Acting*
*United States Trustee, Region 4*